**Tanya L. TIFFANY**

v.

**William R. BLACK, et al.**

Supreme Judicial Court of Maine.

Argued Jan. 6, 1988.

Decided April 27, 1988.

---

Stanley Greenberg, Timothy Robbins (orally), Greenberg & Greenberg, Portland, for plaintiff.

Bruce B. Hochman (orally), Black, Lambert, Coffin & Haines, Portland, for defendants.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

By an evenly divided court the judgment of the Superior Court is affirmed.

No costs on appeal are allowed to either party.